IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>ALL GOOD INDUSTRIES LLC d/b/a TACO BOY and ANTHONY DAUBS,<br><br>Defendants. | ) Civil Action No. 2:25-cv-1170-BHH-MGB<br>)<br>)<br>)<br>)     **DEFENDANT ALL GOOD**<br>)   **INDUSTRIES LLC'S NOTICE OF**<br>)          **REMOVAL**<br>)<br>)<br>)<br>) |

TO:    UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA:

YOU WILL PLEASE TAKE NOTICE that Defendant All Good Industries LLC ("All Good Industries LLC"), improperly identified as "All Good Industries LLC d/b/a Taco Boy",[1] by through their undersigned counsel, hereby removes the above-captioned case from the Court of Common Pleas, Charleston County, South Carolina, into the United States District Court, District of South Carolina, Charleston Division. This removal is proper on the following grounds:

### I. NATURE OF THE ACTION

On July 25, 2025, Plaintiff Jane Doe ("Plaintiff") filed her Complaint in the Court of Common Pleas, Charleston County, State of South Carolina, styled *Jane Doe v. All Good Industries LLC d/b/a Taco Boy and Anthony Daubs,* Civil Action Number 2025CP1004190. The Complaint alleges federal employment claims against All Good Industries LLC under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII") and The Americans with

---

[1] All Good Industries LLC does not do business as Taco Boy and does not own Taco Boy, as alleged in the Complaint.

1

Disabilities Act 42 U.S.C. § 12101, *et seq.* ("ADA"), and separate and independent state law personal injury claims for Assault and Battery and Intentional Infliction of Emotional Distress against Anthony Daubs ("Daubs") that arise out of an alleged personal relationship and sexual assault that occurred entirely outside of work. *See* Plaintiff's Complaint. All Good Industries now timely removes on federal question basis.

**II. NOTICE OF REMOVAL IS TIMELY**

All Good Industries LLC received a copy of the Summons and Complaint on August 1, 2025. "The notice of removal of a civil action or proceeding shall be filed within thirty (30) days after the receipt by the Defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."  28 U.S.C. § 1446(b).  Accordingly, this Notice of Removal is timely as it was filed within thirty (30) days of receipt of the Summons and Complaint by All Good Industries LLC.

**III. FEDERAL JURISDICTION EXISTS**

"Any civil action brought in State court of which the District Courts of the United States have original jurisdiction" may be removed to federal court.  28 U.S.C. § 1441(a).  Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this civil action because it arises under the Constitution, laws, or treatises of the United States.  Specifically, Plaintiff's Complaint is brought pursuant to Title VII and the ADA, both federal employment statutes.  *See* Plaintiff's Complaint.  Federal court jurisdiction to hear Title VII and ADA actions exists under the federal question jurisdiction statute, 28 U.S.C. § 1331. Accordingly, this Court has federal question jurisdiction over the Title VII and ADA claims.

**IV. REMOVAL IS PROPER PURSUANT TO 28 U.S.C. § 1441(C)**

28 U.S.C. § 1441(c) provides: "If a civil action includes – (A) a claim arising under the

Constitution, laws, or treaties of the United States (within the meaning of section 1331 of this title), and (B) a claim not within the original or supplemental jurisdiction of the district court or a claim that has been made nonremovable by statute, the entire action may be removed if the action would be removable without the inclusion of the claim described in subparagraph (B)." 28 U.S.C. § 1441(c)(1)(A)-(B). "Upon removal of an action described in paragraph (1), the district court shall sever from the action all claims described in paragraph (1)(B) and shall remand the severed claims to the State court from which the action was removed. Only defendants against whom a claim described in paragraph (1)(A) has been asserted are required to join in or consent to the removal under paragraph (1)." 28 U.S.C. § 1441(c)(2) (emphasis added).

Pursuant to 28 U.S.C. § 1441(c)(2), Daubs is not required to join or consent to this removal because the ADA and Title VII claims giving rise to federal question jurisdiction in this action are asserted only against All Good Industries LLC.

Pursuant to 28 U.S.C. § 1441(c)(2), upon removal, the Court should sever from this action Plaintiff's South Carolina state law personal injury claims against Daubs and remand those claims to the Charleston County Court of Common Pleas. The state law personal injury claims against Daubs are separate and independent from Plaintiff's federal employment claims against All Good Industries LLC and this Court, thus, lacks supplemental jurisdiction over those claims under 28 U.S.C. § 1367 because the state and federal claims do not derive from a common nucleus of operative fact. *United Mine Works v. Gibbs*, 383 U.S. 715, 725, 86 S. Ct. 1130, 16 L.Ed.2d 218 (1966). The allegations asserted against Daubs arise out of a personal relationship and alleged sexual assault unrelated to Plaintiff's alleged employment with All Good Industries LLC. *See* Plaintiff's Complaint.

## V. REMOVAL TO THIS DISTRICT IS PROPER

Venue is proper in the United States District Court for the District of South Carolina, Charleston Division, because the Charleston County Court of Common Pleas sits within this federal district and division, and the alleged acts and omissions supposedly occurred in this District. *See* 28 U.S.C. § 1446(a); 28 U.S.C. § 1391.

## VI. ADDITIONAL REMOVAL REQUIREMENTS

Pursuant to 28 U.S.C. § 1446(a), copies of all proceedings, pleadings and orders served to date upon All Good Industries LLC are attached hereto as **Exhibit A.** As of the time of this filing, no Defendant has appeared in the state court proceeding.

This Notice of Removal will promptly be served on Plaintiff, and notice of this filing will be promptly filed with the Clerk of Court for the Court of Common Pleas, Charleston County, pursuant to 28 U.S.C. § 1446(d). The Notice of Filing the Notice of Removal is attached hereto as **Exhibit B**.

All Good Industries LLC also files with the Court contemporaneously herewith a Motion to Sever and to Remand Plaintiff's State Law Claims Against Anthony Daubs Upon Removal Pursuant to 28 U.S.C. 1441(c).

WHEREFORE, this Defendant gives notice that the aforesaid action is timely removed from the Circuit Court of Charleston County, State of South Carolina, and to this Court for trial and determination.

(Signature On Following Page)

4

McANGUS GOUDELOCK & COURIE, L.L.C.

*s/Jonathan G. Lane*

Jonathan G. Lane, Federal ID No. 12167
F. Elizabeth Millender, Federal ID No. 13171
735 Johnnie Dodds Blvd, Suite 200
 Mt. Pleasant, South Carolina 29464
ALL MAIL TO:  P. O. Box 12519
Columbia, SC 29211
Telephone: (843) 576-2900
Email:  jonathan.lane@mgclaw.com
Email:  Elizabeth.Millender@mgclaw.com
 ATTORNEYS FOR DEFENDANT
 ALL GOOD INDUSTRIES LLC

August 29, 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| JANE DOE,<br><br>         Plaintiff,<br><br>   vs.<br><br>ALL GOOD INDUSTRIES LLC d/b/a<br>TACO BOY and ANTHONY DAUBS ,<br><br>        Defendants. | )  Civil Action No.<br>)<br>)<br>)<br>)   **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>) |

I hereby certify that on 29th day of August, 2025, I electronically filed the foregoing ***Defendant All Good Industries LLC's Notice of Removal*** with the Clerk of Court using the CM/ECF System and I have mailed a copy of the same, postage prepaid, in the United States Mail, with sufficient postage affixed to the following:

> Marybeth Mullaney, Esquire
> Mullaney Law
> 4900 O'Hear Avenue, Suite 100 & 200
> North Charleston, SC 29405
> (843) 588-5587
> Email:  marybeth@mullaneylaw.net
> ***ATTORNEY FOR PLAINTIFF***

> McANGUS GOUDELOCK & COURIE, L.L.C.
>
> *s/Jonathan G. Lane*
> Jonathan G. Lane, Federal ID No. 12167
> F. Elizabeth Millender, Federal ID No. 13171
> 735 Johnnie Dodds Blvd, Suite 200
> Mt. Pleasant, South Carolina 29464
> ALL MAIL TO:  P. O. Box 12519
> Columbia, SC 29211
> Telephone: (843) 576-2900
> Email:  jonathan.lane@mgclaw.com
> Email:  Elizabeth.Millender@mgclaw.com
>
> ATTORNEYS FOR DEFENDANT
> ALL GOOD INDUSTRIES LLC

August 29, 2025